Deverie J. Christensen, Bar No. 6596
christensend@jacksonlewis.com
Mahna Pourshaban, Bar No. 13743
mahna.pourshaban@jacksonlewis.com
**JACKSON LEWIS P.C.**
3800 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Tel: (702) 921-2460
Fax: (702) 921-2461

*Attorneys for Defendant*
*Southwest Gas Corporation*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Laura Hoffman, an individual residing in Nevada,<br><br>Plaintiff,<br><br>v.<br><br>SOUTHWEST GAS CORPORATION, a Nevada Registered Foreign Corporation; ROE Corporations I through X, inclusive; and DOES I through X, Inclusive,<br><br>Defendants. | Case No. 2:16-cv-02129-JAD-PAL<br><br>**STIPULATION AND ORDER TO EXTEND DISPOSITIVE MOTION DEADLINE AND DISCOVERY SCHEDULING ORDER**<br><br>**(Fourth Request)** |

Pursuant to LR 26-4, all parties hereby stipulate to extend the dispositive motion deadline and scheduling order deadlines in this action as follows.

**I.   INTRODUCTION**

1. On November 23, 2016, this Court entered an Order granting the Proposed Discovery Plan and Scheduling Order submitted by the parties.

2. This is the fourth request by the parties to amend the Court's November 23, 2016, Scheduling Order.

3. The current dispositive motion deadline is December 14, 2017.

4. On November 13, 2017, the parties engaged in settlement discussions.

6. Accordingly, the parties stipulate and agree to extend the dispositive motion deadline to January 15, 2018, doing so would allow the parties to engage in meaningful settlement

discussions, which may fully and finally resolve this dispute.

**PROPOSED SCHEDULE**

The parties stipulate and agree that:

1. **Dispositive Motions**: The deadline to file dispositive motions shall be extended up to and including **January 15, 2018**, thirty-one days after the current dispositive motion deadline.

2. **Pre-Trial Order**: If no dispositive motions are filed, the Joint Pretrial Order shall be filed thirty (30) days after the date set for the filing of dispositive motions. Therefore, the Joint Pretrial order shall be filed no later than **February 14, 2018**. In the event dispositive motions are filed, the date for filing the Joint Pretrial Order shall be suspended until thirty (30) days after decision on the dispositive motions or by further order of the Court. The disclosures required by Federal Rules of Civil Procedure 26(a)(3), and any objections thereto, shall be included in the pretrial order as required by LR 26-1(e)(6).

4. Any deadline not extended in accordance with this Stipulation and Order to Extend Discovery Deadlines and Scheduling Order set forth above shall remain controlled by the Joint Discovery Plan and Scheduling Order (ECF No. 33) filed in this matter on June 20, 2017.

This stipulation and order is sought in good faith and not for the purpose of delay. Two prior requests for an extension of scheduling deadlines has been previously made.

DATED this 15th day of November, 2017.

| BELLISARIO LAW | JACKSON LEWIS P.C. |
|---|---|
| */s/ Bradley Bellisario* <br> Bradley Bellisario, Esq., Bar #13452 <br> 2945 N. Martin L King Blvd. <br> North Las Vegas, Nevada 89032 <br> *Attorney for Plaintiff* | */s/ Mahna Pourshaban* <br> Deverie J. Christensen, Bar #6596 <br> Mahna Pourshaban, Bar #13743 <br> 3800 Howard Hughes Parkway, Suite 600 <br> Las Vegas, Nevada 89169 <br> *Attorney for Defendant* <br> *Southwest Gas Corporation* |

**ORDER**

IT IS SO ORDERED _____November 28_____, 2017.

_____
U.S. District/Magistrate Judge

4842-5561-0709, v. 1