Deverie J. Christensen, Bar No. 6596
christensend@jacksonlewis.com
**JACKSON LEWIS P.C.**
3800 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Tel: (702) 921-2460
Fax: (702) 921-2461

*Attorneys for Defendant*
*Southwest Gas Corporation*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Laura Hoffman, an individual residing in Nevada,<br><br>Plaintiff,<br><br>v.<br><br>SOUTHWEST GAS CORPORATION, a Nevada Registered Foreign Corporation; ROE Corporations I through X, inclusive; and DOES I through X, Inclusive,<br><br>Defendants. | Case No. 2:16-cv-02129-JAD-PAL<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE DEFENDANT'S REPLY IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**<br><br>**(First Request)**<br><br>ECF NO. 37 |

Defendant Southwest Gas Corporation ("Defendant") by and through its counsel, Jackson Lewis P.C., and Plaintiff Laura Hoffman ("Plaintiff") by and through her counsel, Bradley Bellisario, hereby stipulate and agree to extend the time for Defendant to file its Reply in Support of Defendant's Motion for Summary Judgment. Plaintiff served her Response on February 26, 2018, and Defendant's reply is due on March 12, 2018. Undersigned defense counsel requested a one week extension due to an unexpected medical issue (taking counsel out of the office), and as the associate attorney who was previously working this case with undersigned defense counsel unexpectedly resigned from Jackson Lewis. Plaintiff's counsel graciously agreed to the one week extension.

Defendant shall, therefore, have a seven (7) day extension up to and including March 19, 2018, to file its Reply in Support of Defendant's Motion for Summary Judgment.

This stipulation and order is sought in good faith and not for the purpose of delay. No prior request for any extension of time has been made.

Dated this 8th day of March, 2018.

| BELLISARIO LAW | JACKSON LEWIS P.C. |
|---|---|
| */s/ Bradley Bellisario* <br> Bradley Bellisario, Esq., Bar #13452 <br> 2945 N. Martin L King Blvd. <br> North Las Vegas, Nevada 89032 <br> *Attorney for Plaintiff* | */s/ Deverie J. Christensen* <br> Deverie J. Christensen, Bar #6596 <br> 3800 Howard Hughes Parkway, Suite 600 <br> Las Vegas, Nevada 89169 <br> *Attorney for Defendant* <br> *Southwest Gas Corporation* |

**ORDER**

IT IS SO ORDERED

_____
U.S. District Judge Jennifer Dorsey
March 14, 2018

4852-4146-0063, v. 1